Form 3A
(10/05)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Western Division

In re **James M. Clark   Jodell M. Clark**, Debtors

Case No. _____
Chapter **13**

## APPLICATION TO PAY FILING FEES IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ **274.00** in installments.

2. I am unable to pay the Filing Fee except in installments.

3. Until the filing fee is paid in full, I will not make any payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

   | $ | Check one | |
   |---|---|---|
   | **50.00** | ☑ | With the filing of the petition, or |
   | | ☐ | On or before _____ |
   | **74.00** | on or before | **08/27/2007** |
   | **75.00** | on or before | **09/27/2007** |
   | **75.00** | on or before | **10/26/2007** |

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay an installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

| **s/ Henry Repay**    7/23/2007 | **s/ James M. Clark**    7/23/2007 |
|---|---|
| **Henry Repay** | **James M. Clark** |
| Signature of Attorney     Date | Signature of Debtor     Date |
| | (In a joint case, both spouses must sign.) |
| **Henry Repay, 06199079** | |
| Name of Attorney | |
| | **s/ Jodell M. Clark**    7/23/2007 |
| | **Jodell M. Clark** |
| | Signature of Joint Debtor (any)     Date |

Form 3A Contd.
(10/05)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Western Division

In re **James M. Clark   Jodell M. Clark**, Debtors

Case No. 

Chapter **13**

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☑ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☐ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

| $ | Check one | |
|---|---|---|
| $ 50.00 | | ☑ With the filing of the petition, or |
| | | ☐ On or before _____ |
| $ 74.00 | on or before | **08/27/2007** |
| $ 75.00 | on or before | **09/27/2007** |
| $ 75.00 | on or before | **10/26/2007** |

☑ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor shall not pay any money for services in connection with this case, and the debtor shall not relinquish any property as payment for services in connection with this case.

BY THE COURT

Date: _____

_____
*United States Bankruptcy Judge*