UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re: JAMES M. CLARK (CONVERTED TO CH   Case No. 07-71753
       JODELL M. CLARK - DISMISSED    §
                                      §
       Debtors                        §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/24/2007.

2) The plan was confirmed on 11/05/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/10/2009, 07/30/2009.

5) The case was converted on 09/18/2009. AS TO JAMES CLARK. The case was dismissed on 8/14/09 AS TO JODELL CLARK.

6) Number of months from filing or conversion to last payment: 20.

7) Number of months case was pending: 26.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $3,431.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| Receipts: | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 3,466.22 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 3,466.22 |

| Expenses of Administration: | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,412.18 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 254.04 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,666.22 |
| Attorney fees paid and disclosed by debtor: | $ 50.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| LAW OFFICE OF HENRY REPAY | Lgl | 3,500.00 | 3,550.00 | 3,550.00 | 2,412.18 | 0.00 |
| AARON'S SALES & LEASE | Sec | 800.00 | 800.00 | 800.00 | 800.00 | 0.00 |
| ASSOCIATED BANK | Uns | 10,228.01 | NA | NA | 0.00 | 0.00 |
| DYCK O'NEAL INC | Uns | 55,067.63 | 64,720.00 | 0.00 | 0.00 | 0.00 |
| HARLEY-DAVIDSON CREDIT | Uns | 9,669.58 | 8,959.08 | 8,959.08 | 0.00 | 0.00 |
| MARK PAYNE & GREGG POWERS | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| AARONS SALE & LEASE | Uns | 45.00 | NA | NA | 0.00 | 0.00 |
| ALLIANT ENERGY / SBWG&E | Uns | 1,189.37 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED BANK | Uns | 120.00 | NA | NA | 0.00 | 0.00 |
| AT&T / SBC | Uns | 911.04 | NA | NA | 0.00 | 0.00 |
| BELOIT MEMORIAL HOSPITAL | Uns | 1,036.52 | NA | NA | 0.00 | 0.00 |
| BELOIT RADIOLOGY LTD. | Uns | 59.46 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA | Uns | 437.37 | 437.37 | 437.37 | 0.00 | 0.00 |
| CHARTER | Uns | 1,242.14 | 1,125.25 | 1,125.25 | 0.00 | 0.00 |
| CHASE AUTO FINANCE | Uns | 8,431.10 | NA | NA | 0.00 | 0.00 |
| VALUED SERVICES OF WISCONSIN | Uns | 1,235.00 | 1,005.00 | 1,005.00 | 0.00 | 0.00 |
| ROUNDUP FUNDING LLC | Uns | 574.00 | 574.00 | 574.00 | 0.00 | 0.00 |
| CHECKS FOR CASH | Uns | 111.82 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHICAGO TRIBUNE CIRCULATION | Uns | 22.50 | NA | NA | 0.00 | 0.00 |
| CITY OF SOUTH BELOIT | Uns | 75.55 | NA | NA | 0.00 | 0.00 |
| COUNTRY STORE WEST | Uns | 460.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 832.00 | 343.12 | 343.12 | 0.00 | 0.00 |
| NATIONAL RECOVERIES | Uns | 213.75 | 213.75 | 213.75 | 0.00 | 0.00 |
| DR. BRADFORD V. ENEIX | Uns | 1,028.40 | NA | NA | 0.00 | 0.00 |
| EAGLE ATLANTIC FINANCIAL | Uns | 2,992.52 | 4,870.13 | 4,870.13 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 663.00 | 658.11 | 658.11 | 0.00 | 0.00 |
| FAMILY SERVICES | Uns | 747.50 | NA | NA | 0.00 | 0.00 |
| FINGERHUT DIRECT MARKETING | Uns | 341.00 | 301.79 | 301.79 | 0.00 | 0.00 |
| FIRST NATIONAL BANK OF MARIN | Uns | 1,343.00 | NA | NA | 0.00 | 0.00 |
| FORT FINANCIAL FEDERAL CREDIT | Uns | 600.00 | NA | NA | 0.00 | 0.00 |
| GONSTEAD CHIRO CLINIC SC | Uns | 154.05 | 154.05 | 154.05 | 0.00 | 0.00 |
| GUNDERSON, DWIGHT DC | Uns | 850.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS AMERICAN WATER | Uns | 114.62 | NA | NA | 0.00 | 0.00 |
| KUTTER HARLEY-DAVIDSON, INC. | Uns | 2,075.12 | NA | NA | 0.00 | 0.00 |
| LIFETOUCH | Uns | 65.00 | NA | NA | 0.00 | 0.00 |
| MADISON ROAD VETERINARY | Uns | 299.74 | NA | NA | 0.00 | 0.00 |
| MERCY CLINIC | Uns | 517.47 | NA | NA | 0.00 | 0.00 |
| MERCY HEALTH SYSTEM | Uns | 5,240.87 | 8,200.32 | 8,200.32 | 0.00 | 0.00 |
| MHS PHYSICIANS SERVICES | Uns | 2,374.79 | NA | NA | 0.00 | 0.00 |
| NEUROLOGICAL CLINIC OF | Uns | 420.00 | NA | NA | 0.00 | 0.00 |
| OCCUPATIONAL HEALTH CENTERS | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 12,725.00 | 12,725.45 | 12,725.45 | 0.00 | 0.00 |
| PALERMOS PIZZA OF SOUTH | Uns | 54.00 | NA | NA | 0.00 | 0.00 |
| ROCK ENERGY COOPERATIVE | Uns | 2,096.67 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 897.89 | 925.45 | 925.45 | 0.00 | 0.00 |
| SECURITY FINANCE CORP. OF | Uns | 721.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE CORPORATION | Uns | 483.00 | NA | NA | 0.00 | 0.00 |
| SOUTHERN WI EMERGENCY | Uns | 265.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL - DISTRIBUTION | Uns | 231.00 | 206.62 | 206.62 | 0.00 | 0.00 |
| CREDITORS BANKRUPTCY | Uns | 271.64 | 271.64 | 271.64 | 0.00 | 0.00 |
| AFNI/VERIZON | Uns | 1,706.00 | 3,928.44 | 3,928.44 | 0.00 | 0.00 |
| WOODMANS BELOIT | Uns | 413.00 | NA | NA | 0.00 | 0.00 |
| SM SATELLITE RADIO | Uns | 9.99 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ASSET ACCEPTANCE CORP | Uns | 0.00 | 958.99 | 958.99 | 0.00 | 0.00 |
| CR ENGLAND DRIVING SCHOOL | Uns | 0.00 | 4,896.58 | 0.00 | 0.00 | 0.00 |
| AMERICAN FAMILY INSURANCE | Uns | 691.97 | NA | NA | 0.00 | 0.00 |
| STEVEN W. HOUGH D.D.S. SC | Uns | 146.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | 832.82 | 832.82 | 0.00 | 0.00 |

Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 800.00 | $ 800.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 800.00 | $ 800.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 46,691.38 | $ 0.00 | $ 0.00 |

Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 2,666.22 |
| Disbursements to Creditors | $ 800.00 |
| **TOTAL DISBURSEMENTS:** | $ 3,466.22 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  09/29/2009                    By:  /s/ Lydia S. Meyer
                                          Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)